```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF HAWAI`I
```

| | |
|---|---|
| JUSTIN WILLIAM ARMIJO | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 19-00484 ACK-RT |
| | ) |
| COSTCO WHOLESALE | ) |
| WAREHOUSE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS**

Findings and Recommendation having been filed and served on all parties on February 25, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 7.1, the FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai`i, March 13, 2020.



```
                              _____
                              Alan C. Kay
                              Sr. United States District Judge
```

Armijo v. Costco Wholesale Warehouse, Inc. et al., Civ. No. 19-00484 ACK-WRP, Order Adopting Magistrate Judge's Findings and Recommendation to Deny Application to Proceed in Forma Pauperis.