AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JUSTIN WILLIAM ARMIJO,<br><br>Plaintiff(s),<br><br>V.<br><br>COSTCO WHOLESALE WAREHOUSE, INC.,<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 19-00484 ACK-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 28, 2022<br><br>At 4 o'clock and 00 min p.m.<br>PAM HARTMAN BEYER, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

    On April 28, 2022, the Court issued its Order, ECF 135: "Order Granting Defendant Costco's Motion for Summary Judgment (ECF NO. 120)" (April 28, 2022 Order),

    IT IS ORDERED AND ADJUDGED that JUDGMENT is in favor of Defendant Costco Wholesale Warehouse, Inc., pursuant to and in accordance with the April 28, 2022 Order. It is further ordered that the Clerk's Office shall close this case.

| | |
|---|---|
| April 28, 2022 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /s/ PAM HARTMAN BEYER by JI |
| | (By) Deputy Clerk |